UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRD BRAIN, INC., <br> A Michigan Corporation <br><br> Plaintiff, <br><br> v. <br><br> CHRISTMAS TREE SHOPS, INC., <br> A Massachusetts Corporation, <br><br> Defendant, | ) <br> ) <br> ) <br> )   Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Local Rule 7.3(A), Bird Brain, Inc, 52 East Cross Street, Ypsilanti, Michigan 48195 states that it has no parent corporation, and that no publicly held company owns 10% or more of it's stock.

Dated: August __, 2004

BIRD BRAIN, INC
By its attorneys,

_____
Robert L. Kann, BBO # 258025
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
(617 443-0004 (facsimile)
rkann@brombergsunstein.com  (e-mail)

Of Counsel:
Christopher A. Mitchell (P52734)
YOUNG & BASILE, P.C.
2001 Commonwealth Boulevard
Suite 301
Ann Arbor, Michigan 48105
(734) 662-0270
(734) 662-1014 (facsimile)
mitchell@ybpc.com (e-mail)