UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRD BRAIN, INC., <br> A Michigan Corporation <br><br> Plaintiff, <br><br> v. <br><br> CHRISTMAS TREE SHOPS, INC., <br> A Massachusetts Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-11866 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE FOR JOHN F. WARD, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Plaintiff Bird Brain, Inc., in the above-captioned case.

Dated: December 21, 2004

/s/ John F. Ward, Esq.
John F. Ward, BBO# 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: Jward@bromsun.com

02928/00501 353233.1