125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG * SUNSTEIN LLP**

JOHN F WARD
T 617 443 9292 X277
JWARD@BROMSUN.COM

December 21, 2004

Clerk of the Court
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

    Re: *Bird Brain, Inc. v. Christmas Tree Shops, Inc.*
        Civil Action No.:  04 CV 11866 DPW
        Our File No.: 2928/501

Dear Clerk:

Please find enclosed for filing in the above captioned case:

    Waiver of Service Of Summons Per Rule 4(D), signed by Counsel for Defendant Christmas Tree Shops, Inc., with certificate of service.

Thank you very much for your assistances in this matter.

Very truly yours,

John F. Ward
JFW
Enclosure

cc:    Christopher A. Mitchell, Esq.
        G. Arthur Hyland, Esq.
02928/00501  353231

ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRD BRAIN, INC., <br> A Michigan Corporation <br><br> Plaintiff, <br><br> v. <br><br> CHRISTMAS TREE SHOPS, INC., <br> A Massachusetts Corporation <br><br> Defendant. | Civil Action No. 04-CV-11866 |

## WAIVER OF SERVICE OF SUMMONS PER RULE 4(d)

TO:  Robert L. Kann, Esq.
     Counsel for Plaintiff
     Bird Brain, Inc.

I, G. Arthur Hyland, Jr., on behalf of Defendant Christmas Tree Shops, acknowledge receipt of your request that I waive service of a summons in the action of *Bird Brian, Incorporated. v. Christmas Tree Shops, Incorporated*, which is case number 04-CV-11866 in the United States District Court for the District of Massachusetts, Eastern Division.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I have treated your Notice under superseded Rule 4(c) as a notice and request for waiver of service of summons under Rule 4(d).

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

Christmas Tree Shops, Incorporated will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against Christmas Tree Shops, Incorporated if an answer or motion under Rule 12 is not served upon you within 60 days after December 16, 2004 or within 90 days after that date if the request was sent outside the United States.[1]

Dated: December 20, 2004
  Boston, Massachusetts

          CHRISTMAS TREE SHOPS, INCORPORATED

          By its attorneys,

          */s/ G. Arthur Hyland*
          G. Arthur Hyland, Esq.
          Counselor At Law
          243 South St.
          Lock Drawer M
          Hyannis, Massachusetts 02601-1412
          Tel: (508) 775-3116
          Fax: (508) 775-3720

02928/00501 352580.1

---

[1] <u>Duty to Avoid Unnecessary Costs of Service of Summons (Fed.R.Civ.P. Form 1B)</u>
  Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
  It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
  A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

2

CERTIFICATE OF SERVICE

I certify that I served upon Defendant The Christmas Tree Shops, Inc. the foregoing document on December 21, 2004, by sending a true copy to its attorney of record, G. Arthur Hyland, Esq., 243 South St., Lock Drawer M, Hyannis, Massachusetts 02601-1412, by First Class Mail.

John F. Ward

02928/00501   353238.1