UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 14  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BIRD BRAIN, INC.,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTMAS TREE SHOPS, INC.,<br>    Defendant. | Civil Action No. 04-CV-11866-DPW |

**Stipulation to Enlarge Period for Defendant, CHRISTMAS TREE SHOPS, INC.,
to File Responsive Pleading to Complaint**

Plaintiff, BIRD BRAIN, INC., and Defendant, CHRISTMAS TREE SHOPS, INC. (the "Stipulating Parties") hereby stipulate to enlarge the period for Defendant, CHRISTMAS TREE SHOPS, INC., to file a responsive pleading to the Complaint through and including **March 18, 2005**.

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties respectfully request the Court's approval of this Stipulation.

PLAINTIFF:
BIRD BRAIN, INC.

By: _____
Robert L. Kann, its attorney
BROMBERG & SUNSTEIN, LLP
125 Summer Street
Boston, MA 02110
phone: 617-443-9292
BBO #258025

DEFENDANT:
CHRISTMAS TREE SHOPS, INC.

By: _____
G. Arthur Hyland, Jr., its attorney
243 South Street, Box M
Hyannis, MA 02601
phone: 508-775-3116
BBO #545488

Dated: February 11, 2005

Having reviewed the above Stipulation, IT IS SO ORDERED.

Dated: _____   _____
Woodlock, J.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Stipulation to Enlarge Period for Defendant, CHRISTMAS TREE SHOPS, INC., to File Responsive Pleading to Complaint was forwarded via U.S. Mail, postage prepaid to: Robert L. Kann, Esq., BROMBERG & SUNSTEIN LLP, 125 Summer Street, Boston, MA 02110, attorney of record for the Plaintiff, this 11th day of February, 2005.

Respectfully submitted,
DEFENDANT, CHRISTMAS TREE SHOPS, INC.

By: _____
G. Arthur Hyland, Jr., its attorney
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488