125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ⚹ SUNSTEIN** LLP

ROBERT L KANN
T 617 443 9292 X240
RKANN@BROMSUN.COM

May 6, 2005

**First Class Mail**

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court
 for the District of Massachusetts
One Court House Way, Suite 4110
Boston, MA 02110

    Re:    *Bird Brain, Inc. v. Christmas Tree Shops, Inc.*
              Our File No.: 2928/501
              Civil Action No.: 04 CV 11866 DPW

Your Honor:

The parties are pleased to inform the Court that they believe they are close to settling this case. There are hopeful that they will be able to make a filing pursuant to such an agreement in the very near future. Thank you very much for your consideration of these matters.

Very truly yours,

*[signature]*

Robert L. Kann

RLK/jxm

Cc:    Christopher A. Mitchell, Esq
        G. Arthur. Hyland, Esq.

02928/00501 384294.1

ATTORNEYS AT LAW