UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

BIRD BRAIN, INC.,                              )
A Michigan Corporation                         )
                                               )
                    Plaintiff,                 )
                                               )
v.                                             )        Civil Action No. 04-CV-11866
                                               )
CHRISTMAS TREE SHOPS, INC.,                    )
A Massachusetts Corporation                    )
                                               )
                    Defendant.                 )
_____)

## PLAINTIFF BIRD BRAIN, INC.'S MOTION TO REOPEN

Plaintiff Bird Brain, Inc., through undersigned counsel, hereby moves this Court to reopen this action or, in the alternative, extend by fourteen days the time within which any party may file a motion to reopen the action if settlement is not consummated.  As grounds for this motion, plaintiff states as follows.  On May 20, 2005, this Court issued its order dismissing this case, "without prejudice to the right of any party upon good clause shown within thirty days to reopen the action if settlement is not consummated . . ." Order, May 20, 2005.  Although plaintiff believes that the parties are close to consummating a settlement, the parties have still not done so.  Plaintiff believes that, if the parties are allowed an additional two weeks, the parties may be able to consummate a settlement.

Wherefore, plaintiff respectfully requests that this Court reopen the action or, in the alternative, extend by fourteen days the time within which any party may file a motion to reopen the action if settlement is not consummated.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies that counsel for the parties conferred in an attempt in good faith to resolve or narrow the issues subject to this motion.

Dated: June 17, 2005

CHRISTMAS TREE SHOPS, INCORPORATED

By its attorneys,

/s/     Robert L. Kann
Robert L. Kann, Esq.  BBO# 258025
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 443-9292
Tel: (617) 443-9292
Fax: (617) 443-0004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail and electronic mail on June 20, 2005 addressed to counsel for defendant as follows: G. Arthur Hyland, Esq., 243 South Street, Lock Drawer M, Hyannis, MA 02601-1412.

/s/  Robert L. Kann
Robert L. Kann

02928/00501  420,101

2