UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BIRD BRAIN, INC.,<br>A Michigan Corporation<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.,<br>A Massachusetts Corporation<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV-11866 |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiff Bird Brain, Inc. and Defendant Christmas Tree Shops, Inc. hereby notify this Court that this matter has been settled, stipulate to the withdrawal of plaintiff's motion to reopen dated June 17, 2005 and further stipulate to entry of an Order of Dismissal with prejudice and with the parties each bearing its own costs and attorneys' fees.

Dated: June 21, 2005

                    BIRD BRAIN, INC.,
                    By its attorneys,

                    /s/     Robert L. Kann
                    Robert L. Kann, Esq.  BBO# 258025
                    BROMBERG & SUNSTEIN LLP
                    125 Summer Street
                    Boston, Massachusetts 02110
                    Telephone:  (617) 443-9292
                    Fax: (617) 443-0004
                    e-mail: rkann@bromsun.com

2

        CHRISTMAS TREE SHOPS, INCORPORATED

        By their attorneys

        /s/     G. Arthur Hyland
        G. Arthur Hyland, Esq., BBO#545488
        243 South Street
        Lock Drawer M
        Hyannis, MA 02601-1412.
        Tel: 508-775-3116
        e-mail: ga.hyland@verizon.net'

02928/00501   395571