UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BIRD BRAIN, INC.
    Plaintiff,

    v.                          CIVIL ACTION
                              NO. 04-11866-DPW

CHRISTMAS TREE SHOPS, INC,
    Defendant,

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    The parties having filed on June 21, 2005, a Notice of Settlement and Stipulation of Dismissal, reporting the case as settled and withdrawing plaintiff's motion to reopen the case:

    It is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice and with the parties each bearing its own costs and attorneys' fees.

                                          BY THE COURT,
                                          /s/ Michelle Rynne
                                          Deputy Clerk

DATED: June 22, 2005